IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BRENDA BURNELL                                                    PLAINTIFF

vs.                            CASE NO. 4:03CV01015GH

CONWAY REGIONAL MEDICAL CENTER, INC.            DEFENDANT

## ORDER

Pending before the Court is defendant's motion for reconsideration or to clarify. Defendant seeks to ascertain whether the Court's ruling denying the motion for summary judgment determined that plaintiff failed to establish a case of hostile environment based on religion.

The Court, in its order, noted that plaintiff contended her supervisor repeatedly injected prayer and religion into the workplace. He started staff meetings and staff potlucks with a prayer. He asked plaintiff about her religious beliefs. This should have put defendant on notice that plaintiff not only alleged disparate treatment with regard to religious discrimination, but also hostile environment.

Plaintiff responds that if necessary she should be granted leave to file an amended complaint to make religiously hostile workplace a separate claim. The Court is not of the view that this is necessary. The allegations in the complaint are sufficient to establish a claim for hostile work environment, and summary judgment would not be appropriate on that claim.

Accordingly, the motion for reconsideration or to clarify is denied.

IT IS SO ORDERED this 20th day of July, 2005.

                                                            *George Howard, Jr.*
                                                        UNITED STATES DISTRICT JUDGE

-1-