IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BRENDA BURNELL                                                                       PLAINTIFF

vs.                                   CASE NO. **4:03CV01015GH**

CONWAY REGIONAL MEDICAL CENTER, INC.                        DEFENDANT

### ORDER

Pursuant to the joint motion, the case is referred to the Magistrate Judge for a settlement conference. The case is removed from the August 22nd trial calendar and should the case not settle, the Court will set a new trial date. The Clerk is directed to provide a copy of this Order to the Magistrate Judge.

IT IS SO ORDERED this 12th day of August, 2005.

_____
UNITED STATES DISTRICT JUDGE

-1-