IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BRENDA BURNELL                                                                          PLAINTIFF

vs.                                     CASE NO. 4:03CV01015GH

CONWAY REGIONAL MEDICAL CENTER, INC.                        DEFENDANT

### ORDER

Pending before the Court are defendant's motions in limine.  These motions were filed prior to the continuance of the case and the settlement conference. As the case did not settle, the Court will issue a new scheduling order.   In light of the new scheduling order, the motions in limine are denied without prejudice to renew.

IT IS SO ORDERED this 20th day of October, 2005.

_____
UNITED STATES DISTRICT JUDGE

-1-