IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BRENDA BURNELL                                                            PLAINTIFF

vs.                    Civil Case No. 4:03CV01015 HLJ

CONWAY REGIONAL HEALTH
SYSTEM                                                                   DEFENDANT

ORDER

Now before the court is Defendant's Motion for Costs (DE #136). As the court noted in its previous order, an award of costs under Rule 54(d)(1) is discretionary. Greaser v. State of Mo., 145 F.3d 979, 985 (8th Cir.), cert. denied, 525 U.S. 1056 (1998), and the court may refuse to award costs to a prevailing party. Hibbs v. K-Mart Corp., 870 F.2d 435, 443 (8th Cir. 1989).

Plaintiff has submitted a financial affidavit which reveals she is now living in Riyadh, Saudi Arabia, with her husband, and she will probably remain there until December of 2009. Plaintiff had a negative income in 2007 and she will be unemployable for the time she is in Saudi Arabia. Thus, because Plaintiff has no funds, and does not appear to have the ability to obtain any funds in the near future, Defendant's motion for costs is denied.

SO ORDERED this 21st day of March, 2008.

_____
United States Magistrate Judge